UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| Margaret M. Belanger and James J. Belanger | \* \* | |
| Plaintiffs | \* | Civil Action No. 1:15-cv-14236-MLW |
| | \* | |
| v. | \* | |
| | \* | |
| Experian Information Solutions, Inc. | \* | |
| Equifax Information Services, LLC | \* | |
| And Digital Federal Credit Union | \* | |
| Defendants | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **CERTIFICATE OF SERVICE**

I, Clifford P. Gallant, Jr., Esquire, Counsel for Digital Federal Credit Union hereby certify that on this date, I have forwarded a copy of the Stipulation To Enlarge Time For The Filing And Service Of An Answer Or A Motion and proposed order to the following:

Via Electronic Mail:

Danielle M. Spang, Esquire at dspang@spanglawoffice.com

Date: February 26, 2016                    /s/Clifford P. Gallant, Jr.
                                           Clifford P. Gallant, Jr., Esquire
                                           BBO # 543699
                                           Beliveau, Fradette & Gallant, P.A.
                                           91 Bay Street
                                           Manchester, NH 03104
                                           603-623-1234
                                           cliff@beliveau-fradette.com