UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MARGARET M. BELANGER and JAMES J. BELANGER,** )<br>)<br>**Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**EXPERIAN INFORMATION SOLUTIONS, INC., et al.,** )<br>)<br>**Defendants.** )<br>) | Civil Action No. 1:15-cv-14236-MLW<br><br>**STIPULATION OF DISMISSAL AS TO DEFENDANT DIGITAL FEDERAL CREDIT UNION** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Margaret M. and James. J. Belanger and Defendant Digital Federal Credit Union, by and through their undersigned counsel, respectfully stipulate and agree to dismiss this matter with prejudice against the Defendant Digital Federal Credit Union only, with each party to bear its own attorney's fees, costs and expenses.

/s/ *Danielle M. Spang*
Danielle M. Spang (BBO #684365)
Law Office of Danielle Spang
P.O. Box 183
Somerville, MA 02143
(617) 612-5291 | F: (855) 220-3375
dspang@spanglawoffice.com

*Counsel for Plaintiffs Margaret M. Belanger and James J. Belanger*

/s/ *Clifford P. Gallant*
Clifford P. Gallant, Jr. (BBO #543699)
Beliveau, Fradette & Gallant, P.A.
91 Bay Street
Manchester, NH  03104
(603) 623-1234
cliff@beliveau-fradette.com

*Counsel for Defendant Digital Federal Credit Union*

Dated: April 29, 2016

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 29, 2016.

                                                      /s/ *Danielle M. Spang*
                                                      Danielle M. Spang